

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OWEN HARTY, Individually, : | |
| Plaintiff, : | |
| v. : | No. 2:18-cv-03554 (WB) |
| MILLENIUM HOTEL GROUP LLC, and : | |
| CHOICE HOTELS INTERNATIONAL, INC. : | **FILED** |
| Defendant(s) : | **MAY 0 1 2019** |
| : | KATE BARKMAN, Clerk |
| | By _____ Dep. Clerk |

### ORDER

AND NOW, this the __1st__ day of __May__, 2019, pursuant to Plaintiff's request for dismissal it is hereby **ORDERED** and **DECREED** that the above-captioned action is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(a)(2).

**IT IS SO ORDERED.**

BY THE COURT:

_____
J. Wendy Beetlestone, U.S.D.J.